72 F.3d 775
 Jackson Chambers DANIELS, Jr., Petitioner,
v.
UNITED STATES DISTRICT COURT FOR the CENTRAL DISTRICT OF
CALIFORNIA, Respondent.
Arthur Calderon, Warden, San Quentin State Prison; the
Attorney General of the State of California, Real
Parties in Interest.
 No. 94-70295.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 28, 1995.
 
 Before: FERGUSON, NORRIS, and TROTT, Circuit Judges.
 
 ORDER
 
 1
 The petition for rehearing is GRANTED.
 
 
 2
 This court's opinion, filed July 18, 1995, is hereby WITHDRAWN.